**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: MURATOV, VITALY                                §   Case No. 16-30619-ABG
                                                      §
                                                      §
                                                      §
Debtor(s)                                             §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

    JOHN E. GIERUM, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: $1,719.00                         Assets Exempt: $1,719.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $27,818.12         Claims Discharged
                                                    Without Payment: $0.00

Total Expenses of Administration: $59,213.39

---

    3) Total gross receipts of $ 150,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 62,968.49 (see **Exhibit 2**), yielded net receipts of $87,031.51 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $21,050.00 | $21,050.00 | $21,050.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 59,213.39 | 59,213.39 | 59,213.39 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 0.00 | 6,768.12 | 6,768.12 | 6,768.12 |
| **TOTAL DISBURSEMENTS** | $0.00 | $87,031.51 | $87,031.51 | $87,031.51 |

4) This case was originally filed under Chapter 7 on September 26, 2016. The case was pending for 19 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 04/23/2018     By: /s/JOHN E. GIERUM
                                    Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Personal injury action (U) | 1242-000 | 150,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$150,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Vitaly Muratov | First and Final Distribution | 8200-002 | 62,968.49 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$62,968.49** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| A1 | Michigan Avenue Medical Associates | 4220-000 | N/A | 1,350.00 | 1,350.00 | 1,350.00 |
| A2 | American Center for Spine & Neurosurgery | 4220-000 | N/A | 4,000.00 | 4,000.00 | 4,000.00 |
| A3 | Lake County Neuromonitoring | 4220-000 | N/A | 2,500.00 | 2,500.00 | 2,500.00 |
| A4 | Northside Surgery | 4220-000 | N/A | 1,500.00 | 1,500.00 | 1,500.00 |
| A5 | Hyde Park Surgical Center | 4220-000 | N/A | 7,000.00 | 7,000.00 | 7,000.00 |
| A6 | Windy City Medical Specialists | 4220-000 | N/A | 800.00 | 800.00 | 800.00 |
| A7 | Premier Physical Therapy | 4220-000 | N/A | 2,200.00 | 2,200.00 | 2,200.00 |
| A8 | Pemium Healthcare Solutions | 4220-000 | N/A | 1,700.00 | 1,700.00 | 1,700.00 |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$21,050.00** | **$21,050.00** | **$21,050.00** |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 –CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee Compensation - JOHN E. GIERUM | 2100-000 | N/A | 7,567.19 | 7,567.19 | 7,567.19 |
| Other - Jonathan D. Treshansky | 3210-600 | N/A | 50,000.00 | 50,000.00 | 50,000.00 |
| Other - Jonathan D. Treshansky | 3220-610 | N/A | 1,541.24 | 1,541.24 | 1,541.24 |
| Other - Rabobank, N.A. | 2600-000 | N/A | 104.96 | 104.96 | 104.96 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | $59,213.39 | $59,213.39 | $59,213.39 |

## EXHIBIT 5 –PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | $0.00 | $0.00 | $0.00 |

## EXHIBIT 6 –PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 7 –GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | N/A | 6,727.75 | 6,727.75 | 6,727.75 |
| 1I | Discover Bank | 7990-000 | N/A | 40.37 | 40.37 | 40.37 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $0.00 | $6,768.12 | $6,768.12 | $6,768.12 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 16-30619-ABG  
**Case Name:** MURATOV, VITALY  

**Trustee:** (520171) JOHN E. GIERUM  
**Filed (f) or Converted (c):** 09/26/16 (f)  
**§341(a) Meeting Date:** 10/21/16  

**Period Ending:** 04/23/18  
**Claims Bar Date:** 09/15/17  

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Checking account: Checking account Chase  Imported from original petition Doc# 1 | 19.00 | 0.00 | | 0.00 | FA |
| 2  ordinary furniture and electronics  Imported from original petition Doc# 1 | 700.00 | 0.00 | | 0.00 | FA |
| 3  necessary clothing  Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 4  2002 Chrysler Voyager, 240,000 miles, 2002 Chrys  Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 5  2002 Kia S portage, 160,000 miles, 2002 Kia Spor  Imported from original petition Doc# 1 | 300.00 | 0.00 | | 0.00 | FA |
| 6  2003 Mitsubishi Eclipse, 170,000 miles, 2003 Mit  Imported from original petition Doc# 1 | 100.00 | 0.00 | | 0.00 | FA |
| 7  Personal injury action  (U) (u) | Unknown | 150,000.00 | | 150,000.00 | FA |
| **7  Assets  Totals** (Excluding unknown values) | **$1,719.00** | **$150,000.00** | | **$150,000.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

Finishing settlement of personal injury case and distributing funds/ TFR sent to USTEE 1/9/2018

Settled PI Case TFR sent to USTEE 1/9/2018.

**Initial Projected Date Of Final Report (TFR):** December 31, 2018      **Current Projected Date Of Final Report (TFR):** December 31, 2018

Printed: 04/23/2018 10:36 AM    V.13.32

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 16-30619-ABG  
**Case Name:** MURATOV, VITALY  
**Taxpayer ID #:** **-***7884  
**Period Ending:** 04/23/18  

**Trustee:** JOHN E. GIERUM (520171)  
**Bank Name:** Rabobank, N.A.  
**Account:** ******0166 - Checking Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 12/11/17 | {7} | Travelers | Personal injury litigation proceeds | 1242-000 | 150,000.00 | | 150,000.00 |
| 12/20/17 | 101 | Michigan Avenue Medical Associates | | 4220-000 | | 1,350.00 | 148,650.00 |
| 12/20/17 | 102 | American Center for Spine & Neurosurgery | | 4220-000 | | 4,000.00 | 144,650.00 |
| 12/20/17 | 103 | Lake County Neuromonitoring | | 4220-000 | | 2,500.00 | 142,150.00 |
| 12/20/17 | 104 | Northside Surgery | | 4220-000 | | 1,500.00 | 140,650.00 |
| 12/20/17 | 105 | Hyde Park Surgical Center | | 4220-000 | | 7,000.00 | 133,650.00 |
| 12/20/17 | 106 | Windy City Medical Specialists | | 4220-000 | | 800.00 | 132,850.00 |
| 12/20/17 | 107 | Premier Physical Therapy | | 4220-000 | | 2,200.00 | 130,650.00 |
| 12/20/17 | 108 | Pemium Healthcare Solutions | | 4220-000 | | 1,700.00 | 128,950.00 |
| 12/20/17 | 109 | Jonathan D. Treshansky | | 3210-600 | | 50,000.00 | 78,950.00 |
| 12/20/17 | 110 | Jonathan D. Treshansky | | 3220-610 | | 1,541.24 | 77,408.76 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 104.96 | 77,303.80 |
| 03/26/18 | 111 | JOHN E. GIERUM | Dividend paid 100.00% on $7,567.19, Trustee Compensation; Reference: | 2100-000 | | 7,567.19 | 69,736.61 |
| 03/26/18 | 112 | Discover Bank | First and Final Distribution | 7100-000 | | 6,727.75 | 63,008.86 |
| 03/26/18 | 113 | Discover Bank | First and Final Distribution | 7990-000 | | 40.37 | 62,968.49 |
| 03/26/18 | 114 | Vitaly Muratov | First and Final Distribution | 8200-002 | | 62,968.49 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 150,000.00 | 150,000.00 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 150,000.00 | 150,000.00 | |
| | | | Less: Payments to Debtors | | | 62,968.49 | |
| | | | **NET Receipts / Disbursements** | | **$150,000.00** | **$87,031.51** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******0166 | 150,000.00 | 87,031.51 | 0.00 |
| | $150,000.00 | $87,031.51 | $0.00 |

{} Asset reference(s)